# In the United States Court of Federal Claims

No. 05-622C
(August 26, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * *
*
**GLS LIMITED PARTNERSHIP #13 A WISCONSIN LIMITED PARTNERSHIP,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 11, 2005, the parties filed a joint motion to stay proceedings in this case pending the outcome of ADR in several related cases. For good cause shown, the Court hereby **GRANTS** the joint motion to stay proceedings until the outcome of ADR. The parties shall file a joint status report with the Court within fourteen days of the conclusion of ADR.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge